ALAN A. DRESSLER, ESQ. (SBN #56916)
601 Montgomery St., Suite 850
San Francisco, California 94111
Tel.:  (415) 421-7980
Fax:  (415) 421-7021
E-mail : alandressler@aol.com

Attorney for Defendant Antonio Jose Cervantes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 16-457- 9 JSW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER MODIFYING DEFENDANT'S |
| ) | APPEARANCE BOND AND |
| ANTONIO JOSE CERVANTES et al. ) | CONDITIONS OF RELEASE |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION**

The United States of America and defendant Antonio Jose Cervantes, by and through their respective counsel, with the agreement of U.S. Pretrial Services, hereby stipulate that defendant Cervantes conditions of release should be modified as follows:

1. Beatrix Gutierrez, the defendant's mother, will be relieved as Custodian but will remain as a surety.

2. Based on defendant Cervantes performance while on pretrial release, Victoria Gibson of U.S. Pretrial services does not feel that it is necessary for another Custodian to replace Mrs. Gutierrez.

3. The defendant and Estephanie Fuentes are expecting the birth of their child in January 2018.

4. The defendant will be allowed to move from his mother Beatrix Gutierrez' home

Proposed Stipulation
and Order in No. CR 16-457- 9 JSW

in order to reside with Estephanie Fuentes at her parent's home.

    4.    Victoria Gibson of U.S. Pretrial Services has visited the Fuentes' home and approves of the proposed modifications of defendant's conditions of pretrial release

    5.    The defendant and his attorney shall notify U.S. Pretrial services when defendant has moved into the Fuentes' residence.

    6.    All other conditions of defendant's release shall remain the same.

Dated: December 1, 2017                              Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____/s/_____
Helen Gilbert
Assistant United States Attorney

_____/s/_____
Alan A. Dressler, Esq.
Attorney for Defendant
Antonio Jose Cervantes

| | |
|---|---|
| 1 | ALAN A. DRESSLER, ESQ. (SBN #56916) |
| 2 | 601 Montgomery St., Suite 850<br>San Francisco, California 94111 |
| 3 | Tel.: (415) 421-7980<br>Fax: (415) 421-7021 |
| 4 | E-mail : alandressler@aol.com |
| 5 | Attorney for Defendant Antonio Jose Cervantes |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 16-457- 9 JSW |
| Plaintiff, | ) ) | |
| v. | ) ) | [proposed] ORDER MODIFYING DEFENDANT'S APPEARANCE BOND AND CONDITIONS OF RELEASE |
| ANTONIO JOSE CERVANTES et al. | ) ) | |
| Defendants. | ) ) | |

For good cause shown and based upon the agreement of the parties and United States Pretrial Services IT IS HEREBY ORDERED that the conditions of release of Defendant Antonio Jose Cervantes are modified as follows:

1. Beatrix Gutierrez, the defendant's mother, is relieved as Custodian but will remain as a surety.

2. The defendant will be allowed to move from his mother Beatrix Gutierrez' home in order to reside with Estephanie Fuentes at her parent's home.

3. The defendant and his attorney shall notify U.S. Pretrial services when defendant has moved into the Fuentes' residence.

///

///

Order in CR 16-457-9JSW        i

4. All other conditions of defendant's release shall remain the same.

**IT IS SO ORDERED.**

DATED: 12/4/17

HON. KANDIS A. WESTMORE
MAGISTRATE JUDGE